ANDREW POLITIS, Respondent, v. THOMAS N. EPIPHANIADES, Appellant. — Order unanimously affirmed, with $20 costs and disbursements to the respondent. The complaint is to be treated as alleging a cause of action in equity to recover a certificate of interest in a business and for an accounting of plaintiff's interest therein. The claim for damages is to be regarded as nothing more than a claim for an accounting. Present — Peck, P. J., Glennon, Cohn, Breitel and Botein, JJ.

ARNOLD TAUBENSLAG, Doing Business under the Name of "INTERCONT" INTERCONTINENTAL DE COMERCIO, Respondent, v. FABRIKANT STEEL PRODUCTS, INC., Appellant.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion denied. There was insufficient basis for the sweeping examination of defendant's books. The application too was premature since the use of the books and records on the examination before trial that has been directed may suffice plaintiff's needs. Moreover, granting of the motion at this time circumvents the prior order at Special Term directing that the examination before trial of plaintiff should precede the examination before trial of defendant. Present — Peck, P. J., Glennon, Cohn, Breitel and Botein, JJ.

THOMAS GOWLAN et al., Infants, by MABEL A. GOWLAN, Their Guardian ad Litem, Respondents, v. NEW YORK LIFE INSURANCE COMPANY, Appellant.— Judgment unanimously affirmed, with costs. Such errors as may have occurred during the conduct of the trial are not of such sufficient importance as to affect the result and warrant a new trial. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ.

JOHN LOWRY, INC., Appellant, v. BEST & CO., INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ.

LIONEL CORPORATION, Respondent, v. S. KLEIN ON THE SQUARE, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ.

TULLY & DI NAPOLI, INC., Appellant, v. GRANITE QUARRIES, INC., Respondent. —Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ.